## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SK INNOVATION CO., LTD.,

      Plaintiff,

    v.

LG CHEM, LTD., LG CHEM MICHIGAN INC., AND LG ELECTRONICS INC.

      Defendants.

---

LG CHEM, LTD. AND LG CHEM MICHIGAN INC.,

      Counterclaim Plaintiffs,

    v.

SK INNOVATION CO., LTD.,

      Counterclaim Defendant.

C.A. No. 19-1637-CFC

**JURY TRIAL DEMANDED**

---

### APPENDIX TO DEFENDANTS LG CHEM, LTD. AND LG CHEM MICHIGAN, INC.'S ANSWERING BRIEF IN OPPOSITION TO PLAINTIFF SK INNOVATION CO., LTD.'S MOTION TO STRIKE UNCLEAN HANDS DEFENSE

Dated: January17, 2020

FISH & RICHARDSON P.C.

Robert M. Oakes (#5217)
Ronald P. Golden III (#6254)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899

Telephone:  (302) 652-5070
oakes@fr.com
golden@fr.com

Michael J. McKeon
Lauren A. Degnan
Timothy W. Riffe
Ralph A. Phillips
Linhong Zhang (#5083)
Thomas L. Halkowski (#4099)
Daniel A. Tishman
Taylor Caldwell
FISH & RICHARDSON P.C.
1000 Maine Ave., SW
Suite 1000
Washington, DC 20024
Telephone:  (202) 783-5070
Facsimile:  (202) 783-2331
mckeon@fr.com
degnan@fr.com
rphillips@fr.com
lwzhang@fr.com
halkowski@fr.com
tishman@fr.com
tcaldwell@fr.com

*Counsel for Defendants LG Chem,
Ltd. and LG Chem Michigan Inc.*

## DOCUMENTS CITED

| Ex. No. | Description |
| --- | --- |
| Ex. A | Commission Investigative Staff's Supplemental Briefing In Connection With Motion Dkt. No. 1159-013 And Order No. 28 |
| Ex. B | Complainants LG Chem, Ltd. And LG Chem Michigan Inc.'s Motion For Default Judgment, Contempt, And Sanctions |
| Ex. C | January 3, 2019 Letter to Philip A. Irwin Requesting All Confidential Briefing Relating to LG Chem's Motion For Default Judgment, Contempt, and Sanctions and Exhibits Thereto |
| Ex. D | January 8, 2019 Letter to Robert M. Oakes Declining To Produce All Confidential Briefing Relating to LG Chem's Motion For Default Judgment, Contempt, and Sanctions and Exhibits Thereto |
| Ex. E | Commission Investigative Staff's Response To Complainants LG Chem Ltd. And LG Chem Michigan Inc.'s Motion For Default Judgment, Contempt, And Sanctions (Motion Dkt. No. 1159-013) |
| Ex. F | Listing of Ming Zhe Kong Patents In The Public Record |
| Ex. G | U.S. Patent No. 9,660,245 |
| Ex. H | Complaint Of LG Chem, Ltd. And LG Chem Michigan Inc. Under Section 337 Of The Tariff Act Of 1930 As Amended Filed In *Certain Lithium Ion Batteries, Battery Cells, Battery Modules, Battery Packs, Components* |

| Ex. No. | Description |
|---|---|
| | *Thereof, and Processes Therefore*, Inv. No. 337-TA-1159, EDIS Dkt. No 1 |
| Ex. I | U.S. Patent No. 9,698,398 Prosecution History Excerpts |