# Exhibit C

Case 1:19-cv-01637-CFC-SRF   Document 27-3   Filed 01/17/20   Page 2 of 4 PageID #: 331



Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899

302 652 5070 main

**VIA ELECTRONIC MAIL**

**Robert M. Oakes**
oakes@fr.com
302 778 8477  direct

January 3, 2020

Philip A. Irwin, Esquire
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
pirwin@cov.com

**Re:  *SK Innovation Co., Ltd. v. LG Chem, Ltd., et al..*, Case No. 19-cv-1637-CFC (D. Del)**

Dear Phil:

As you are aware, in a pending investigation before the ITC, *In the Matter of Certain Lithium Ion Batteries, Battery Cells, Battery Modules, Battery Packs, Components Thereof, and Processes Therefore*, USITC Inv. No. 337-TA-1159, Complainants LG and LGCMI filed a motion for Default Judgment, Contempt, and Sanctions.  Document ID 1490745, *Redacted* LG Chem Mot. (Nov. 11, 2019).  The publicly available motion and subsequent briefings raise a number of allegations concerning the systemic deletion of documents by SKI and SKBA.

SKI's spoliation is relevant to LG Chem's unclean hands defenses in the above-captioned matter.  In publicly filed briefs, LG Chem has alleged that "SKI has destroyed and hidden evidence of its misappropriation of LG Chem's trade secrets in connection with the design, development, manufacture, testing, inspection, packaging, pricing, marketing, and sale" of SKI's products.  *Id.* at 2, n.2.  Commission Staff has also noted that "many of the details of SKI's future plans and product and pricing strategies are likely missing."  *See* Document ID 1501914 *Redacted* Commission Supp. Brief (Dec. 18, 2019) at 15.

Because of the redactions, however, it is difficult to assess the full scope of SKI's spoliation and how it relates to the issues in the above-captioned matter.  For example, the briefing redacts the names and groups of individuals that received the deletion instruction:





(Translation)

LG Chem Mot. at 14.

Additional information concerning the specific "who, what when, where, and how" of SKI's deletion activities is also redacted. For example, the search terms used by SKI in identifying materials for deletion is also redacted:



*Id.* at 19, n.14. Indeed, the public documents redact information detailing the full scope of SKI's document deletion efforts:

> The breadth of SKI's document deletion campaign is astonishing. ▇ spreadsheets alone target for deletion more than ▇ files, including approximately ▇ VDI files, ▇ team room files, and ▇ emails. Moreover, consistent with those search terms

*Id.* at 20.

In short, redactions in the public briefing and exhibits impede LG Chem's ability to respond to SKI's Motion to Strike LG Chem's Unclean Hand Defense, including SKI's broad assertion that "[t]he alleged conduct constituting unclean hands is unrelated to the claim for infringement of the '398 Patent." SKI Mot. to Strike at 7. ==Accordingly, we request that SKI immediately produce all of the confidential briefing relating to LG Chem's motion for Default Judgment, Contempt, and Sanctions (filed Nov. 5, 2019) and exhibits thereto.==



Such materials may be produced under Delaware Local Rule 26.2, and LG Chem will limit access to such materials in accordance with the Local Rule. I have copied onto this correspondence counsel for LG Chem in the 1159 investigation, so that they may confirm that any LG Chem confidential information in the aforementioned briefs and exhibits may be shared with counsel for LG Chem in this matter.

Please confirm by January 6, 2020 that SKI will produce this material by January 8, 2020 so that we will have adequate time to review the material in connection with our response to SKI's Motion to Strike.

Sincerely,

*/s/ Robert M. Oakes*

Robert M. Oakes


cc: Lauren Degnan, Fish & Richardson
    Linhong Zhang, Fish & Richardson
    Ronald Golden, Fish & Richardson
    Adam Poff, Young Conaway Stargatt Taylor
    Pilar Kraman, Young Conaway Stargatt Taylor
    Sarah M. Gragert, Latham & Watkins LLP

3