# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SK INNOVATION CO., LTD,<br><br>Plaintiff,<br><br>v.<br><br>LG CHEM, LTD., LG CHEM MICHIGAN INC., AND LG ELECTRONICS INC.<br><br>Defendants. | C.A. No. 19-1637-CFC-SRF<br><br>**JURY TRIAL DEMANDED** |
| LG CHEM, LTD. AND LG CHEM MICHIGAN INC.,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>SK INNOVATION CO., LTD.,<br><br>Counterclaim Defendant. | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Taylor Caldwell and Jack R. Wilson to represent LG Chem, Ltd. LG Chem Michigan Inc., and LG Electronics Inc. in this matter.

Dated: March 9, 2020

FISH & RICHARDSON P.C.

By: */s/ Robert M. Oakes*
Robert M. Oakes (#5217)
Ronald P. Golden III (#6254)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899
Telephone: (302) 652-5070
oakes@fr.com
golden@fr.com

*Attorneys for Defendants LG Chem, Ltd., LG Chem Michigan, and LG Electronics Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Taylor Caldwell and Jack R. Wilson is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 had been paid ☐ to the Clerk of Court, or if not paid previously, ☒ the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: *Taylor L Caldwell*
Taylor Caldwell
FISH & RICHARDSON P.C.
1000 Maine Ave SW
Washington, D.C. 20024
(202) 626-6376
tcaldwell@fr.com

Dated: March 9, 2020

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 had been paid ☐ to the Clerk of Court, or if not paid previously, ☒ the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: /s/ Jack R. Wilson, IV
Jack R. Wilson, IV
FISH & RICHARDSON P.C.
1000 Maine Ave SW
Washington, D.C. 20024
(202) 626-6415
JWilson@fr.com

Dated: March 9, 2020