# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SK INNOVATION CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> LG CHEM, LTD., LG CHEM MICHIGAN INC., AND LG ELECTRONICS INC. <br><br> Defendants. | C.A. No. 19-1637-CFC-SRF <br><br> **JURY TRIAL DEMANDED** |
| LG CHEM, LTD. AND LG CHEM MICHIGAN INC., <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> SK INNOVATION CO., LTD., <br><br> Counterclaim Defendant. | |

## NOTICE OF SUBSEQUENT AUTHORITY

Pursuant to District of Delaware Local Rule 7.1.2(b), Defendants LG Chem, Ltd. and LG Chem Michigan Inc. ("LGC") respectfully submit this notice of subsequent authority enclosing the public version of a recent decision from the International Trade Commission Investigation, *Certain Lithium Ion Batteries, Battery Cells, Battery Modules, Battery Packs, Components Thereof, and Processes Therefore*, USITC Inv. No. 337-TA-1159 (the "Initial Determination"), for the Court's consideration.

The Initial Determination is relevant to Plaintiff SK Innovation Co., Ltd. ("SKI")'s pending motion to strike LGC's unclean hands defense. (D.I. 17.) As detailed in LGC's Answering Brief opposing that motion (D.I. 26), LGC's unclean hands defense is based on, *inter*

*alia*, SKI's destruction of evidence across its entire electric vehicle battery business while under a duty to preserve such evidence due to anticipated litigation with LGC.  In ITC Inv. No. 337-TA-1159, LGC moved for a default judgment, contempt, and sanctions based on SKI's destruction of evidence.  The public version of LGC's brief in support of that motion, which details SKI's destruction of evidence, was submitted in support of LGC's Answering Brief opposing SKI's motion to strike (D.I. 26).  On February 14, 2020, the Administrative Law Judge assigned to ITC Inv. No. 337-TA-1159 issued the Initial Determination, granting LGC's Motion for Default Judgment, Contempt, and Sanctions.  The Initial Determination details the Administrative Law Judge's findings with respect to SKI's destruction of evidence, and further supports denial of SKI's Motion To Strike.

      The Initial Determination was designated confidential under the protective order entered in ITC Inv. No. 337-TA-1159.  LGC previously notified the Court of the existence of the Initial Determination.  (D.I. 40.)  At that time, LGC noted that a public version of the Initial Determination was not available, and stated LGC would provide the Court with a copy promptly once it became available.  A public version of the Initial Determination issued on March 19, 2020.  LGC respectfully submits the public version as an enclosure to this notice.

      Portions of the Initial Determination public version are heavily redacted.  Counsel for LGC has requested that SKI produce the unredacted version of the Initial Determination for submission to this Court under seal, but SKI has refused.  LGC has filed a motion for a discovery dispute seeking production of the unredacted Initial Determination and associated briefing (D.I. 47); the Court has set a teleconference to hear this issue on April 1, 2020 at 11 a.m.

| | |
|---|---|
| Dated: March 19, 2020 | FISH & RICHARDSON P.C. |
| | By: */s/ Robert M. Oakes*<br>Robert M. Oakes (#5217)<br>Ronald P. Golden III (#6254)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899<br>Telephone: (302) 652-5070<br>oakes@fr.com<br>golden@fr.com<br><br>Michael J. McKeon<br>Lauren A. Degnan<br>Timothy W. Riffe<br>Ralph A. Phillips<br>Thomas L. Halkowski (#4099)<br>Daniel A. Tishman<br>FISH & RICHARDSON P.C.<br>1000 Maine Ave., SW<br>Suite 1000<br>Washington, DC 20024<br>Telephone: (202) 783-5070<br>Facsimile: (202) 783-2331<br>mckeon@fr.com<br>degnan@fr.com<br>rphillips@fr.com<br>halkowski@fr.com<br>tishman@fr.com<br><br>Leeron G. Kalay<br>FISH & RICHARDSON P.C.<br>500 Arguello St., Suite 500<br>Redwood City, CA 94063<br>Telephone: (650) 839-5070<br>kalay@fr.com<br><br>*Counsel for Defendants LG Chem, Ltd. and LG Chem Michigan Inc.* |