March 26, 2020

The Honorable Sherry R. Fallon
J. Caleb Boggs Federal Building
844 N. King Street
Unit 14
Room 6100
Wilmington, DE 19801-3555

    **Re:** ***SK Innovation Co., Ltd. v. LG Chem, Ltd., et al.***, **C.A. No. 19-cv-01637-CFC-SRF – Motion for Teleconference to Resolve Discovery Dispute (D.I. 47)**

Dear Judge Fallon:

    We write on behalf of Plaintiff SK Innovation Co, Ltd. ("SK Innovation") and Defendants LG Chem, Ltd. and LG Chem Michigan Inc. (together, "LGC"), to inform the Court that SK Innovation and LGC have resolved their pending discovery dispute raised in LGC's Motion for Teleconference to Resolve Discovery Dispute (D.I. 47), based upon SKI's representation that it will produce the materials sought by LGC. Accordingly, the parties respectfully request that the Court cancel the teleconference scheduled for April 1, 2020, and remove the related deadlines from the Court's calendar. The parties are meeting and conferring regarding the form and timing of SKI's production, and LGC reserves the right to raise any delays in the production of these materials with the Court.

                              Respectfully submitted,

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | FISH & RICHARDSON P.C. |
|---|---|
| */s/ Adam W. Poff* | */s/ Robert M. Oakes* |
| Adam W. Poff (#3990) | Robert M. Oakes (#5217) |
| Pilar G. Kraman (#5199) | Ronald P. Golden III (#6254) |
| Rodney Square | 222 Delaware Avenue, 17th Floor |
| 1000 North King Street | P.O. Box 1114 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 571-6600 | Telephone: (302) 652-5070 |
| apoff@ycst.com | oakes@fr.com |
| pkraman@ycst.com | golden@fr.com |
| *Attorneys for Plaintiff SK Innovation Co, Ltd.* | *Attorneys for Defendants LG Chem, Ltd. LG Chem Michigan Inc., and LG Electronics, Inc.* |