IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SK INNOVATION CO., LTD,<br><br>Plaintiff,<br><br>v.<br><br>LG CHEM, LTD., LG CHEM MICHIGAN INC., AND LG ELECTRONICS INC.<br><br>Defendants. | C.A. No. 19-1637-CFC-SRF<br><br>██████████<br><br>PUBLIC VERSION |
| LG CHEM, LTD. AND LG CHEM MICHIGAN INC.,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>SK INNOVATION CO., LTD.,<br><br>Counterclaim Defendant. | |

**DECLARATION OF ROBERT M. OAKES IN SUPPORT OF
DEFENDANTS' MOTION TO STAY PENDING *INTER PARTES* REVIEW**

I, Robert M. Oakes, declare as follows:

1. I am an attorney with the law firm of Fish & Richardson P.C., counsel for Defendants in this action, and am a member of the bar of this Court. I make this declaration in support of Defendants' Motion to Stay Pending *Inter Partes*

Review. This declaration is based on my own personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of an excerpt of Plaintiff SKI Innovation Co., Ltd.'s Disclosures of Asserted Claims and Infringement Contentions, served on February 21, 2020.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Petition for *Inter Partes* Review of United States Patent No. 9,698,398 Pursuant to 35 U.S.C. §§ 311-319, 37 C.F.R. § 42, filed with the U.S. Patent & Trademark Office Patent Trial and Appeal Board by LG Chem Ltd. and LG Electronics, Inc. on March 31, 2020.

4. Attached hereto as Exhibit 3 is a true and correct copy of *AT&T Intellectual Prop. I LP v. Cox Commc'ns, Inc.*, C.A. No. 14-1106-GMS, D.I. 161 (D. Del. Sept. 24, 2015).

5. Attached hereto as Exhibit 4 is a true and correct copy of Proposed Respondents' Statement on the Public Interest in *Certain Lithium-Ion Battery Cells, Battery Modules, Battery Packs, Components Thereof, and Prods. Containing the Same*; Inv. No. 337-TA-1181 (EDIS Doc. No. 690971) (Oct. 10, 2019).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of April, 2020 at Media, PA.

*/s/ Robert M. Oakes*
Robert M. Oakes
