IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SK INNOVATION CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 19-1637-CFC-SRF |
| | ) |
| LG CHEM, LTD., LG CHEM MICHIGAN, INC. and LG ELECTRONICS, INC., | ) ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 26th day of August, 2020, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on July 24, 2020, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 101) is adopted.

2. Plaintiff's motion to strike LG Chem's affirmative defense of unclean hands (D.I. 17) is granted without prejudice to LG Chem to seek leave to amend the pleading.

3. Defendant LG Chem's motion for leave to file a sur-reply brief (D.I. 68) is granted.

_____
United States District Judge