**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SK INNOVATION CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>LG CHEM, LTD., LG ENERGY SOLUTION, LTD., LG ENERGY SOLUTION MICHIGAN, INC., AND LG ELECTRONICS., INC.,<br><br>Defendants. | C.A. No. 19-1637-CFC-SRF<br><br><br>**JURY TRIAL DEMANDED** |
| LG CHEM, LTD., LG ENERGY SOLUTION MICHIGAN, INC.,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>SK INNOVATION CO., LTD.,<br><br>Counterclaim Defendant. | |

**AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff SK Innovation Co., Ltd. ("SK Innovation") files this Complaint for patent

infringement under 35 U.S.C. § 271 against LG Chem, Ltd., LG Energy Solution, Ltd.

("LGES"), LG Energy Solution Michigan, Inc. (each a "Defendant" and collectively "LG

Chem"), and LG Electronics, Inc. (a "Defendant" or "LGE") (collectively "Defendants"), and

alleges as follows:

**OVERVIEW**

1.      This is a civil action for infringement of U.S. Patent No. 9,698,398 ("the '398 Patent") under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*.

2.      SK Innovation was founded in 1962 in South Korea, known then as the Korea Oil Corporation. SK Innovation was Korea's first and is currently Korea's largest energy-chemical company. SK Innovation and its subsidiaries (including SK Battery America, Inc.) have over 6,500 employees world-wide. In a sign of its confidence in the United States' burgeoning electric vehicle market, in 2018, SK Innovation announced that it was planning to spend over $1 billion to build its first electric vehicle battery plant in the United States, with an annual capacity of 9.8 gigawatt-hours of batteries. The battery plant has been under construction in Georgia since the groundbreaking ceremony in March 2019.

3.      Since its founding over 50 years ago, SK Innovation has led Korea's energy industry through ceaseless innovation and technology development and is recognized as a global leader in new energy technologies, in particular for electric vehicle ("EV") batteries. SK Innovation was the first company to successfully apply high energy density ternary materials to lithium-ion batteries for mass production in the EV battery industry. Based on its superior technological capabilities, SK Innovation has worked with major global automakers sine 2010 to provide EV batteries for the global market. For example, SK Innovation was selected by Hyundai to provide batteries for its BlueOn, Korea's first electric vehicle, and for the KIA Ray. Mercedes-AMG, Daimler-AG's high-performance automobile division, selected SK Innovation to supply batteries for the SLS AMG E-cell vehicle, Mercedes-AMG's first electric car.

4.      SK Innovation is a leading researcher and developer across the entire value chain for mid/large-sized battery production, ranging from electrodes and separators to battery cells, battery modules and battery packs. SK Innovation's battery products are used throughout the

– 2 –

world in electric vehicles (EVs), plug-in hybrid electric vehicles (PHEVs), hybrid vehicles (HEVs), universal power supplies (UPS), renewable energy projects, and smart grids.

5.      SK Innovation and its subsidiaries currently have over 1,000 U.S. patents and patent applications covering SK Innovation's various business areas. A part of SK Innovation's patent portfolio relates to chemical electrical technologies, and in particular the lithium-ion battery technology that is the subject of this Complaint.

## PARTIES

6.      Plaintiff SK Innovation is a corporation organized and existing under the laws of South Korea, and maintains its principal place of business at 26 Jong-ro, Jongno-gu, Seoul 03188, South Korea.

7.      On information and belief, Defendant LG Chem, Ltd. is a South Korean corporation with its principal place of business at 128 Yeoui-daero, Yeongdeungpo-gu, Seoul 07336, South Korea.

8.      On information and belief, Defendant LG Energy Solution, Ltd. is a corporation organized under the laws of South Korea, having a principal place of business at 108 Yeoui-daero, Yeongdeungpo-gu, Seoul 07335, South Korea.

9.      On information and belief, Defendant LG Energy Solution Michigan, Inc. ("LGESM") is a corporation organized and existing under the laws of the State of Delaware and maintains its principal place of business at 1 LG Way, Holland, Michigan 49423. On information and belief, LGESM is a wholly-owned subsidiary of LG Energy Solution, Ltd. and was formerly named LG Chem Michigan, Inc., until its name was changed to LG Energy Solution Michigan, Inc. on or about December 1, 2020. On information and belief, LGESM may be served with process through its registered agent Corporation Service Company at 251 Little Falls Drive, Wilmington, Delaware 19808.

10.     Defendants LG Chem, Ltd., LG Energy Solution, Ltd., and LG Energy Solution Michigan, Inc. are referred to collectively as "LG Chem."

11.     On information and belief, Defendant LG Electronics, Inc. is a South Korean corporation with a principal place of business at LG Twin Towers, 128 Yeoui-daero, Yeongdungpo-gu, Seoul, 07366, South Korea.

## JURISDICTION AND VENUE

12.     This Court has exclusive subject matter jurisdiction over this case under 28 U.S.C. §§ 1331 and 1338.

13.     Venue is proper in this Court under 28 U.S.C. §§ 1391 and 1400(b). LG Chem, Ltd., LG Energy Solution, Ltd., and LG Electronics, Inc. are foreign entities, and thus, venue is proper in this judicial district. On information and belief, all of the Defendants have committed acts of infringement in this judicial district, and have purposefully transacted business involving the accused products in the United States and this judicial district.

14.     This Court has personal jurisdiction over the Defendants because (1) SK Innovation's claims arise in whole or in part from Defendants' conduct in the State of Delaware; (2) LG Chem, Ltd. has sought the protection and benefit from the laws of the State of Delaware and regularly conducts business in the State of Delaware by incorporating subsidiaries, including LG Energy Solution Michigan, Inc., in the State of Delaware; (3) All of the Defendants regularly conduct business throughout the United States, including the State of Delaware, and contract to supply services or things in Delaware; (4) All of the Defendants have contacts purposefully directed at the United States and the State of Delaware and have continuous and systematic contacts with the United States and the State of Delaware; (5) All of the Defendants have placed infringing products into the stream of commerce through an established distribution channel with the expectation or knowledge that they will be purchased by consumers in the United States and

the State of Delaware; and (6) All of the Defendants have caused tortious injury in the State of Delaware.

15.     LG Chem, Ltd. has maintained a United States version of its website at https://www.lgchem.com/us/main. On this website, LG Chem, Ltd. provides information regarding its activities and products, including LG Chem, Ltd.'s Automotive Batteries, which include the infringing secondary batteries and systems. On information and belief, LG Chem, Ltd.'s website is directed to marketing, offering for sale, and sales of its products and services in the United States and in the State of Delaware.

16.     LG Electronics, Inc. maintains a United States version of its website at https://www.lg.com/us. On this website, LG Electronics, Inc. provides information regarding its activities and products. On information and belief, LG Electronics, Inc.'s website is directed to marketing, offering for sale, and sales of its products and services in the United States and in the State of Delaware.

17.     LG Energy Solution, Ltd. maintains an English version of its website at https://www.lgensol.com/en/company. On this website, LGES provides information regarding its activities and products, including information relating to its manufacturing facility in Holland, Michigan. On information and belief, LGES's website is direct to marketing, offering for sale, and sales of its products and services in the United States and in the State of Delaware.

18.     Defendants LG Chem, Ltd., LG Energy Solution, Ltd., and LG Electronics, Inc. have also derived benefits from the laws of the United States. For example, Defendants LG Chem, Ltd., LG Energy Solution, Ltd., and LG Electronics, Inc. have filed litigations in the United States, including based on claims for patent infringement. On information and belief, Defendants LG Chem, Ltd., LG Energy Solution, Ltd., and LG Electronics, Inc. derive

substantial revenues from their regularly conducted business activities throughout the United States and the State of Delaware. On information and belief, Defendants LG Chem, Ltd., LG Energy Solution, Ltd., and LG Electronics, Inc. receive substantial revenue from their activities and the activities of their U.S. subsidiaries in the United States. On information and belief, Defendants LG Chem, Ltd., LG Energy Solution, Ltd., and LG Electronics, Inc. are in regular contact with their subsidiaries and affiliates in the United States and direct communication into the United States.

## THE ASSERTED PATENT

19.     On July 4, 2017, the '398 Patent was duly and legally issued for an invention titled "Secondary Battery Module." The '398 Patent claims priority to Korean Patent Application 10-2012-0131733, filed November 20, 2012. SK Innovation owns all rights to the '398 Patent necessary to bring this action, including the exclusive right to recover for past infringement. A true and correct copy of the '398 Patent is attached as Exhibit 1.

20.     The '398 Patent generally relates to a secondary battery module having a stable and reliable structure in which an adhesive pad is inserted between unit cells from one side of the secondary battery module. The invention of the '398 Patent solves the problems associated with the reliability in electrical properties of stacked secondary battery modules and stability in operation of devices that use the secondary battery modules. One embodiment of the invention of the '398 Patent provides a secondary battery module which includes a first unit cell and a second unit cell, with each unit cell having a contact surface. In this embodiment, a partition member is disposed between the first and second unit cells and the partition member has a frame. In this embodiment, an adhesive pad is disposed only within the frame of the partition member so that the frame completely surrounds the adhesive pad. In this embodiment, the adhesive pad is coextensive and in contact with the contact surface of the first and second unit cells.

– 6 –

## GENERAL ALLEGATIONS

21.     The products that infringe one or more claims of the '398 Patent (the "Accused Products") include, but are not limited to, secondary battery cells that are made by LG Chem, and secondary battery modules and secondary battery packs that are made by LGE using components made by LG Chem.

22.     On information and belief, LG Chem has and continues to at least indirectly infringe one or more claims of the '398 Patent in violation of 35 U.S.C. § 271 (b).

23.     On information and belief, LG Chem may have directly infringed and/or contributed to the infringement of, and may continue to infringe and/or contribute to the infringement of, one or more claims of the '398 Patent in violation of 35 U.S.C. § 271 (a) and (c) at least based on its activities in Michigan, for which SK Innovation reserves the right to assert claims of direct and/or contributory infringement.

24.     On information and belief, LGE has and continues to directly and indirectly infringe one or more claims of the '398 Patent in violation of 35 U.S.C. § 271(a), (b), and (c).

25.     Defendants are knowledgeable about the '398 Patent and infringing acts at least as of the date on which they are properly served with this Complaint. During the prosecution of LG Chem's Korean Patent No. 1812753, the Korean Intellectual Property Office cited a Korean counterpart application of the '398 Patent (KR Patent Publication No. 10-2014-0064418) as prior art in an office action dated April 20, 2017.

26.     Defendants' acts of infringement have caused damage to SK Innovation. SK Innovation is entitled to recover from Defendants the past damages sustained by SK Innovation as a result of Defendants' wrongful acts in an amount subject to proof at trial. SK Innovation is also entitled to recover from Defendants a compulsory future royalty payable on each infringing

product sold by Defendants following trial or that is not captured in the damages awarded to SK Innovation.

## CLAIMS FOR PATENT INFRINGEMENT

27.     SK Innovation identifies below an exemplary claim for the '398 Patent to demonstrate infringement by exemplary products. However, the selection of exemplary claims and exemplary products should not be considered limiting, and additional infringing products and infringed claims of the '398 Patent will be disclosed in compliance with the Court's rules related to infringement contentions as discovery progresses.

## COUNT I: PATENT INFRINGEMENT OF THE '398 PATENT

28.     SK Innovation incorporates by reference the preceding paragraphs.

29.     On information and belief, LGE directly infringes, induces the infringement of, and contributes to the infringement of one or more claims of the '398 Patent, including at least claim 1, either literally or under the doctrine of equivalents.

30.     On information and belief, LGE directly infringes the '398 Patent by, for example, assembling, or causing to have assembled, the VISTA 2.0 Cell Module Assembly in its plant in Hazel Park, Michigan for use in GM's Chevrolet Bolt electrical vehicles.

31.     On information and belief, LGE induces the infringement of the '398 Patent by third parties, including without limitation automobile manufactures, by actively encouraging third parties to make, use, offer to sell, sell, or import into the United States, electric vehicles containing the infringing secondary battery modules and battery packs. For example, LGE instructs, offers, or encourages GM to use the VISTA 2.0 Cell Module Assembly in Chevrolet Bolt electrical vehicles.

32.     On information and belief, LGE contributes to the infringement of the '398 Patent by offering to sell or selling within the United States or importing into the United States

infringing secondary battery modules and battery packs for use in electric vehicles sold in the United States, knowing the infringing secondary battery modules and battery packs to be especially-made components that have no substantial non-infringing use. For example, LGE sells the VISTA 2.0 Cell Module Assembly to GM for use in its Chevrolet Bolt electric vehicles.

33.     On information and belief, LG Chem at least induces the infringement of one or more claims of the '398 Patent, including at least claim 1, either literally or under the doctrine of equivalents.

34.     On information and belief, LG Chem induces LGE to infringe the '398 Patent by instructing, offering, and encouraging LGE to use LG Chem's secondary battery cells in LGE's infringing secondary battery modules and secondary battery packs, including for example the VISTA 2.0 Cell Module Assembly. On information and belief, LG Chem designs battery cells for the United States EV market and competes for business that it knows is directed to downstream products designated for the United States market. For example, LG Chem, Ltd. has maintained a website specifically tailored for the United States and notes that it supplies automotive batteries for automobiles that are sold and offered for sale in the United States. *See* https://www.lgchem.com/us/vehicle-battery/car-batteries (last accessed Aug. 28, 2019). LGES maintains a website noting that it has a "number of production bases around the world among the global manufacturers (Korea, China, USA, Europe)." *See* https://www.lgensol.com/en/automotive_battery (last accessed Feb. 5, 2021).

35.     On information and belief, LG Chem may have directly infringed and/or contributed the infringement of, and may continue to infringe and/or contribute to the infringement of, one or more claims of the '398 Patent at least based on its activities in Michigan, for which SK Innovation reserves the right to assert claims of direct infringement

– 9 –

and/or contributory infringement. *See, e.g.*, *LG Chem, Ltd. v. SK Innovation Co., Ltd.*, 1:19-cv-00776 (D. Del. April 29, 2019), Complaint, ¶ 29 ("LGCMI also has research and development, testing and engineering, manufacturing, sales and marketing, and business offices in Troy, Michigan, where it has invested many millions of dollars and employs hundreds of workers. Through its facilities in Michigan, LGC supplies millions of battery cells each year to automotive manufacturers including General Motors and Chrysler."); *LG Energy Solution, Ltd. et al. v. SK Innovation Co., Ltd. et al.*, 19-cv-1805-CFC, D.I. 12-1 (D. Del. Jan. 5, 2021) ("LGES has extensive involvement in the U.S. market with its innovative battery technology. In fact, LGES and its subsidiary LG Energy Solution Michigan[,] Inc. [ ] supply, through plants in Michigan[,] millions of battery cells to U.S. companies like General Motors and Chrysler. For example, LGESMI has invested hundreds of millions of dollars in a facility in Holland, Michigan, which employs hundreds of workers making lithium ion batteries for electric vehicles (EVs).").

36.     Defendants are knowledgeable about the '398 Patent and infringing acts at least as of the date on which they are properly served with this Complaint. In addition, during the prosecution of LG Chem's Korean Patent No. 1812753, the Korean Intellectual Property Office cited a Korean counterpart application of the '398 Patent (KR Patent Publication No. 10-2014-0064418) as prior art in an office action dated April 20, 2017.

37.     Defendants' infringing acts have been without the permission, consent, authorization, or license of SK Innovation.

38.     Claim 1 of the '398 Patent is recited below:

1. A secondary battery module, comprising:

a first unit cell and a second unit cell, each unit cell having a contact surface;

– 10 –

a partition member disposed between the first and second unit cells, the partition member having a frame; and

an adhesive pad disposed only within the frame of the partition member so that the frame completely surrounds the adhesive pad;

wherein the adhesive pad is coextensive and in contact with the contact surface of the first and second unit cells.

39. The Accused Products embody the patented invention of the '398 Patent and infringe at least claim 1 of the '398 Patent. For example, the GM Chevrolet Bolt uses the VISTA 2.0 Cell Module Assembly that infringes at least claim 1 of the '398 Patent.

40. On information and belief, the GM Chevrolet Bolt is an electric vehicle assembled in Michigan, United States, and uses the Vista 2.0 Cell Module Assembly containing battery cells made by LG Chem. *See, e.g.*, http://gmauthority.com/blog/gm/chevrolet/bolt-ev/2019-chevrolet-bolt-ev/; http://gmauthority.com/blog/2018/10/gm-battery-supplier-issues-battery-challenge/ ("LG Chem notably supplies batteries for the 2019 Chevrolet Bolt EV.").

41. The GM Chevrolet Bolt is offered for sale in the United States, including in the State of Delaware. A Chevrolet dealership in Wilmington, Delaware, for example, advertises GM Chevrolet Bolt vehicles for sale. *See* https://www.diverchev.com/models/chevrolet-bolt+ev (last accessed Feb. 5, 2021).

42. As shown below, the VISTA 2.0 Cell Module Assembly is a secondary battery module:

– 11 –



43.     As shown below, the VISTA 2.0 Cell Module Assembly includes a first unit cell and a second unit cell, each unit cell having a contact surface.



44.     As shown below, the VISTA 2.0 Cell Module Assembly includes a partition member disposed between the first and second unit cells, the partition member having a frame:



45.   As shown below, the VISTA 2.0 Cell Module Assembly includes an adhesive pad disposed only within the frame of the partition member so that the frame completely surrounds the adhesive pad:

**Frame completely surrounds the adhesive pad**



**The adhesive pad with the partition member removed**



46.     As shown below, in the VISTA 2.0 Cell Module Assembly, the adhesive pad is coextensive and in contact with the contact surface of the first and second unit cells.







47.     On information and belief, the batteries shown in paragraphs 38-42 above

represent the batteries to be found in the Chevrolet Bolt vehicles on sale in the United States.

**PRELIMINARY AND PERMANENT INJUNCTION**

48.     As a result of Defendants' unlawful activities, SK Innovation has suffered and

will continue to suffer irreparable harm for which there is no adequate remedy at law.

Defendants' continued infringement of the '398 Patent causes harm to SK Innovation in the form

of price erosion, loss of goodwill, damage to reputation, loss of business opportunities,

inadequacy of money damages, and direct and indirect competition. Monetary damages are insufficient to compensate SK Innovation for these harms. Accordingly, SK Innovation is entitled to preliminary and permanent injunctive relief.

## DAMAGES

49.     Under the law, SK Innovation is also entitled to compensation for Defendants' infringement described above. However, the full compensation owed to SK Innovation cannot be ascertained except through discovery and special accounting. To the fullest extent permitted by law, SK Innovation seeks recovery of at least reasonable royalties. SK Innovation further seeks any other damages to which SK Innovation is entitled under law or in equity.

## ATTORNEYS' FEES

50.     SK Innovation is entitled to recover reasonable attorneys' fees under applicable law, including 35 U.S.C. § 285 given the exceptional nature of this case.

## DEMAND FOR JURY TRIAL

51.     SK Innovation hereby demands a trial by jury.

## PRAYER FOR RELIEF

WHEREFORE, SK Innovation respectfully requests that this Court enter judgment in its favor that:

A.  declares that Defendants infringe the '398 Patent;

B.  declares that Defendants' continued infringement of this patent is willful;

C.  orders an accounting of damages;

D.  awards SK Innovation damages in an amount adequate to compensate SK Innovation for Defendants' infringement of the '398 Patent, but in no event less than a reasonable royalty under 35 U.S.C. § 284, including supplemental damages for any continuing post-verdict infringement up until entry of the final judgment;

E.   awards enhanced damages under 35 U.S.C. § 284;

F.   awards SK Innovation pre-judgment and post-judgment interest to the full extent allowed under the law, as well as its costs;

G.   awards a compulsory future royalty payable on each infringing product sold by Defendants following trial or that is not captured in the damages awarded to SK Innovation;

H.   enters an order finding that this is an exceptional case and awarding SK Innovation its reasonable attorneys' fees under 35 U.S.C. § 285;

I.   enters an order that preliminarily and permanently enjoins the Defendants and their officers, employees, agents, servants, attorneys, instrumentalities, and/or those in privity with them, from continuing to infringe the '398 Patent and for all further and proper injunctive relief under 35 U.S.C. § 283; and

J.   awards such other relief as the Court may deem appropriate and just under the circumstances.

Dated: February 12 2021

By: _/s/ Adam W. Poff_

Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com

_Attorneys for Plaintiff/Counterclaim Defendant_
_SK Innovation Co., Ltd._

OF COUNSEL:
Philip A. Irwin
Heng Gong
Sarah Mac Dougall
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018–1405
(212) 841–1000
pirwin@cov.com
hgong@cov.com
smacdougall@cov.com

Keith A. Teel
Peter A. Swanson
Daniel Farnoly
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, N.W.
Washington, DC 20001
Telephone: 202-662-6000
kteel@cov.com
pswanson@cov.com
dfarnoly@cov.com

Alice J. Ahn
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street
San Francisco, CA 94105-2533

Telephone: 415-591-6000
aahn@cov.com

James D. Hovard
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: 650-632-4700
jhovard@cov.com

# EXHIBIT 1

US009698398B2

(12) **United States Patent**
   Kong

(10) Patent No.: **US 9,698,398 B2**
(45) Date of Patent: **Jul. 4, 2017**

(54) **SECONDARY BATTERY MODULE**

(71) Applicant: **SK INNOVATION CO., LTD.**, Seoul (KR)

(72) Inventor: **Ming Zhe Kong**, Daejeon (KR)

(73) Assignee: **SK INNOVATION CO., LTD.**, Seoul (KR)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 26 days.

(21) Appl. No.: **14/646,318**

(22) PCT Filed: **Nov. 20, 2013**

(86) PCT No.: **PCT/KR2013/010570**
   § 371 (c)(1),
   (2) Date: **May 20, 2015**

(87) PCT Pub. No.: **WO2014/081193**
   PCT Pub. Date: **May 30, 2014**

(65) **Prior Publication Data**
   US 2015/0303425 A1     Oct. 22, 2015

(30) **Foreign Application Priority Data**
   Nov. 20, 2012    (KR) ........................ 10-2012-0131733

(51) **Int. Cl.**
   **H01M 6/46**       (2006.01)
   **H01M 2/16**       (2006.01)
   **H01M 2/10**       (2006.01)

(52) **U.S. Cl.**
   CPC ....... **H01M 2/1653** (2013.01); **H01M 2/1077** (2013.01); *H01M 2220/20* (2013.01)

(58) **Field of Classification Search**
   CPC ............. H01M 2/1653; H01M 2/1077; H01M 2220/20
   See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,379,837 B1 *  4/2002 Takahashi ............... H01M 2/08
                                                 429/120
2007/0037046 A1 *  2/2007 Takahashi ............. H01M 2/021
                                                 429/96
(Continued)

FOREIGN PATENT DOCUMENTS

JP          2004-071178          3/2004
JP          2006-172994          6/2006
                (Continued)

OTHER PUBLICATIONS

Machine translation for Kokubo et al. (JP 2006-172994), obtained on Jan. 28, 2017.*
(Continued)

*Primary Examiner* — Eli Mekhlin
(74) *Attorney, Agent, or Firm* — IP & T Group LLP

(57) **ABSTRACT**

Disclosed is a secondary battery module including: a plurality of unit cells, at least one or more unit cells among the plurality of unit cells being stacked so as to be in surface contact with each other; and an adhesive pad disposed between contact surfaces of the stacked unit cells. The adhesive pad enhances adhesion between the unit cells to prevent electrical sparks or short-circuiting. Therefore, the secondary battery module is stable and reliable in operation performance and electrical properties.

**8 Claims, 5 Drawing Sheets**



**US 9,698,398 B2**

Page 2

(56)         **References Cited**

U.S. PATENT DOCUMENTS

2009/0053585 A1*   2/2009  Nakazawa ..........  H01M 2/1077
                                                              429/56
2012/0189890 A1*   7/2012  Mitsuda .................  H01G 11/10
                                                              429/94

FOREIGN PATENT DOCUMENTS

JP        2008-091206        4/2008
KR        1020070096148      10/2007
KR        1020110107528      10/2011

OTHER PUBLICATIONS

Machine translation for Kim et al. (KR 10 2011 0107528 A), identified as Application No. 10-2010-026692, obtained on Jan. 27, 2017.*

* cited by examiner

**FIG.1**



FIG.2



FIG.3



**FIG.4**



FIG.5



US 9,698,398 B2

**1**

## SECONDARY BATTERY MODULE

### CROSS REFERENCE TO RELATED APPLICATION(S)

This application is a national stage application of PCT/KR2013/010570 filed on Nov. 20, 2013, which claims priority of Korean patent application number 10-2012-0131733 filed on Nov. 20, 2012. The disclosure of each of the foregoing applications is incorporated herein by reference in its entirety.

### TECHNICAL FIELD

The present invention relates to a secondary battery module.

### BACKGROUND ART

A secondary battery is a battery that can repeatedly perform a charging operation of changing chemical energy into electric energy, and a discharging operation which is a reverse operation to the charging operation. Examples of the secondary battery include a nickel cadmium (Ni—Cd) battery, a nickel hydrogen (Ni-MH) battery, a lithium metal battery, a lithium ion (Ni-Ion) battery, and a lithium-ion polymer (Li-Ion Polymer) battery (hereinafter, abbreviated to LIPB).

A secondary battery is made up of an anode, a cathode, an electrolyte, and a separator, and it stores and generates electricity using a voltage difference between the cathode and the anode. The discharging operation involves transferring electrons from the cathode, having a higher voltage, to the anode, having a lower voltage, while generating electricity corresponding to a voltage difference between the cathode and the anode. Conversely, the charging operation is an operation of transferring electrons from the anode to the cathode. During the charging operation, an anode material receives electrons and lithium ions, and thus returns to a metal oxide state. That is, in a secondary battery, a charging current flows when metal atoms move from the anode to the cathode through the separator during the charging operation, and a discharging current flows when metal atoms move from the cathode to the anode during the discharging operation.

Lithium secondary batteries are classified into liquid electrolyte batteries and polymer electrolyte batteries according to the kind of electrolyte. A battery that uses a liquid electrolyte is referred to as a lithium ion battery and a battery that uses a polymer electrolyte is referred to as a lithium polymer battery. An outer covering of a lithium secondary battery may take various forms. For example, it may have a cylindrical shape, a prismatic shape, or a pouch shape. An electrode assembly in which an anode plate, a separator, and a cathode plate are stacked or wound in that order is disposed inside the outer covering of a lithium secondary battery.

Secondary batteries have been used in various fields such as IT products, vehicles, and energy storage and currently attract attention as a promising energy source. Secondary batteries for IT products are required to ensure long operation time and have a small and lightweight body. Meanwhile, secondary batteries for use in vehicles are required to be durable and have high output power and stability (i.e. being free from risk of explosion). On the other hand, secondary batteries used for energy storage may not be required to have highly advanced features. Research and

**2**

development of lithium secondary batteries began in early 1970, and lithium ion batteries which use carbon as a cathode material instead of lithium were put into practical use in 1990. The lithium ion batteries having a life cycle of 500 times and featuring a short charging time of about 1 to 2 hours have showed the highest increase in sales among secondary batteries. Lithium ion batteries are advantageous in reducing a weight of products that use a battery because they are 30 to 40% lighter than nickel-hydrogen batteries. In addition, lithium secondary batteries have the highest unit cell voltage (for example, a voltage in the range from 3.0 V to 3.7 V) among various kinds of secondary batteries and have high energy density. Therefore, lithium secondary batteries are suitable for use in mobile devices.

Secondary batteries are generally used in the form of a battery module in which one or more unit cells is stacked. In this case, when there exists a gap between stacked unit cells due to deterioration in adhesion between the stacked unit cells or swelling of the stacked unit cells, electrical sparks are likely to occur between the stacked unit cells, which may result in ignition or explosion. Therefore, reliability in electrical properties of stacked secondary battery modules or stability in operation of devices that use the secondary battery modules may be deteriorated.

### DISCLOSURE

#### Technical Problem

The present invention has been made keeping in mind the above problems occurring in the related art, and an object of the present invention is to provide a secondary battery module having a stable and reliable structure in which an adhesive pad is inserted between unit cells from one side of the secondary battery module.

#### Technical Solution

In order to accomplish the above object of the invention, one aspect of the invention provides a secondary battery module including: a plurality of unit cells, at least one or more unit cells among the plurality of unit cells being stacked so as to be in surface contact with each other; and an adhesive pad disposed between contact surfaces of the unit cells.

The adhesive pad may be made of a polymer.

The adhesive pad may be a double-sided adhesive tape.

The secondary battery module may further include a partition member disposed between the contact surfaces of the unit cells that are stacked.

The adhesive pad may be disposed on the contact surface of the unit cell so as to be in tight contact with the unit cell, and at least one surface of the adhesive pad which is to come into contact with the contact surface of the unit cell may have an anti-bubble hole that prevents air bubbles from being formed.

The anti-bubble hole may be present in a plural number and linearly extend in a lengthwise direction of the adhesive pad.

The anti-bubble hole may be present in a plural number and the anti-bubble holes may be distanced from each other in the contact surface of the unit cell.

The unit cell may have a first electrode terminal that protrudes from one side thereof and a second electrode terminal that is distanced from the first electrode terminal and formed on the same side from which the first electrode terminal protrudes.

US 9,698,398 B2

**3**

The above and other objects, features and other advantages of the present invention will be more clearly understood from the following detailed description when taken in conjunction with the accompanying drawings.

All terms or words used in the specification and claims have the same meaning as commonly understood by one of ordinary skill in the art to which inventive concepts belong. It will be further understood that terms, such as those defined in commonly used dictionaries, should be interpreted as having a meaning that is consistent with their meaning in the context of the relevant art and will not be interpreted in an idealized or overly formal sense unless expressly so defined herein.

### Advantageous Effects

According to the present invention, reliability of adhesion between stacked unit cells that constitute a secondary battery module can be ensured.

In addition, the increased adhesion between unit cells in a secondary battery module prevents electrical sparks or short-circuiting between unit cells from occurring. Therefore, a secondary battery module that is stable and reliable can be provided.

In addition, since it is possible to prevent air from entering between stacked unit cells, risk of ignition or explosion of a secondary battery module can be prevented.

In addition, it is possible to increase precision of adhesion between stacked unit cells in a secondary battery module and prevent a gap between the unit cells, driving performance and operation reliability of a device that uses the secondary battery module can be improved.

### DESCRIPTION OF DRAWINGS

FIG. **1** is a perspective view illustrating as secondary battery module according to one embodiment;

FIG. **2** is a perspective view illustrating a unit cell of the secondary battery module according to one embodiment;

FIG. **3** is an exploded perspective view illustrating unit cells and an adhesive pad disposed between the unit cells according to one embodiment;

FIG. **4** is an exploded perspective view illustrating an adhesive pad disposed between unit cells according to another embodiment; and

FIG. **5** is an exploded perspective view illustrating a unit cell according to a further embodiment.

### BEST MODE

The above and other objects, features and other advantages of the present invention will be more clearly understood from the following detailed description when taken in conjunction with the accompanying drawings. It should be noted that when denoting parts in the drawing by reference numerals, the same reference numerals will refer to the same or like parts throughout the drawings. It will also be understood that, although the terms "one side," "the other side," "first," "second," etc. may be used herein to describe various elements, these elements should not be limited by these terms. These terms are only used to distinguish one element from another element. For instance, a first element discussed below could be termed a second element without departing from the teachings of the present invention. Similarly, the second element could also be termed the first element. In the following description of the present invention, detailed descriptions of known functions and components incorporated herein will be omitted when it may make the subject matter of the present invention unclear.

Hereinafter, preferred embodiments of the present invention will be described with reference to the accompanying drawings.

FIG. **1** is a perspective view illustrating a secondary battery module according to one embodiment; FIG. **2** is a perspective view illustrating a unit cell of the secondary battery module according to one embodiment; FIG. **3** is an exploded perspective view illustrating unit cells and an adhesive pad disposed between the unit cells according to one embodiment; FIG. **4** is an exploded perspective view illustrating an adhesive pad disposed between unit cells according to another embodiment; and FIG. **5** is an exploded perspective view illustrating a unit cell according to a further embodiment.

A secondary battery module **1** according to one embodiment of the present invention includes a plurality of unit cells **10**, in which at least one or more unit cells is stacked in a surface contact manner, and an adhesive pad **20** disposed between contact surfaces **13** of the stacked unit cells.

As illustrated in FIG. **1**, the secondary battery module according to one embodiment of the present invention can be formed by stacking at least one or more unit cells **10**. When stacking unit cells **10**, first electrode terminals **11** and second electrode terminals **12** of the unit cells that are used for electrical connection are alternately arranged.

The unit cell **10** may be a secondary battery such as a lithium secondary battery or a nickel-hydrogen secondary battery. The nickel-hydrogen secondary battery is a secondary battery in which an anode is made of nickel, a cathode is made of a hydrogen-absorbing alloy, and an electrolyte is an alkali aqueous solution. Since the nickel-hydrogen secondary battery has large capacity per unit volume, it can be used not only as an energy source for an electric vehicle (EV) or a hybrid vehicle (HEV) but also for an energy storage device. In addition, the lithium secondary battery is manufactured by using a metal oxide such as $LiCoO_2$ as an anode active material and a carbon material as a cathode active material, interposing a porous polymer separator disposed between the anode and the cathode, and filling a gap between the anode and the cathode with a non-aqueous electrolyte liquid containing a lithium salt such as $LiPF_6$. Lithium ions are released from the anode active material and move into the carbon layer of the cathode during a charging operation, and conversely lithium ions are released from the carbon layer and move into the anode active material during a discharging operation. The non-aqueous electrolyte liquid serves as a medium through which the lithium ions can move between the anode and the cathode.

The unit cell **100** may be packaged to be a pouch-type battery that includes an electrode assembly and a pouch-shaped case which surrounds and seals the electrode assembly therein, or a prismatic battery.

The pouch-shaped case may be manufactured by coating a metal sheet such as an aluminum sheet with an insulation material. For example, modified polypropylene which is a polymer resin, such as casted polypropylene (CPP), is heat-cured to be coated on an aluminum sheet, and then a resin such as polyethylene terephthalate (PET) or nylon may be formed on the outer surface of the modified polypropylene. The structure described above is provided only for illustrative purposes of the embodiment of the present invention, and those skilled in the art will appreciate that the structure described above can be appropriately modified, selected, or applied according to shapes or kinds of batteries.

US 9,698,398 B2

**5**

As illustrated in FIGS. **1** and **2**, at least one or more unit cells **10** are stacked to form the battery module **10**. To make the secondary battery module **1**, formed by stacking at least one or more unit cells **10**, compact, the unit cell may be formed using a secondary battery that has a small thickness, a wide width, and a long length. A first electrode portion **11** and a second electrode portion **12** that serve as electrode terminals protrude from one side of the unit cell **10** and are distanced from each other. Alternatively, although not illustrated, the first electrode portion **11** and the second electrode portion **12** may be arranged at opposite sides of the unit cell, respectively. The electrode assembly may be provided within a pouch case that is made of an aluminum laminate sheet.

As illustrated in FIG. **3**, the adhesive pad **20** may be disposed between at least one or more stacked unit cells **10**. When there is a fin gap between the contact surfaces **13** of the unit cells **10**, air may be introduced into the secondary battery module **1**. This may result in deterioration in operation performance of the secondary battery or is likely to cause ignition or explosion of the second battery. Therefore, the adhesive pad **20** is inserted between the contact surfaces **13** of the unit cells **10** when the unit cells **10** are stacked on each other to enhance adhesion between the contact surfaces **13** of the unit cells **10** that face each other. The adhesive pad **20** may be a flexible member made of a polymer material. Stable strong adhesion between the contact surfaces **13** of the unit cells **10** can be obtained by pressing the contact surfaces **13** of the unit cells **10** with the adhesive pad **20** interposed, with uniform force. In addition, the use of a double-sided adhesive tape as the adhesive pad **20** may improve reliability of adhesion between the unit cells **10**. The adhesive pad **20** not only enhances adhesion between the contact surfaces **13** of the unit cells **10** but also prevents risk of ignition or explosion of the secondary battery module by eliminating even a fine gap between the contact surfaces **13** of the unit cells **10** that conic into contact with each other and thus by preventing air from externally entering into the secondary battery module **1**. The adhesive pad **20** may be made of an elastic material with adhesiveness. As the adhesive pad **20**, a single pad may be used solely. Alternatively, a combination of a double-sided adhesive tape and a polymer pad may also be used.

As illustrated in FIG. **4**, the adhesive pad **20** may have at least one or more anti-bubble holes **21** in order to prevent air from entering into the secondary battery module through a fine gap between the contact surfaces **13** when the unit cells **10** are stacked or to prevent voids from being formed between the contact surfaces **13** due to air that is introduced when the unit cells **10** are stacked. The anti-bubble hole **21** is formed to linearly extend inward by a predetermined length from the outer end of the adhesive pad **20**. However, the shape and arrangement of the anti-bubble holes **21** are not limited thereto. The number of anti-bubble holes **21** may be determined within a suitable range that ensures tight adhesion between the contact surfaces **13** of the unit cells **10** that are stacked.

As illustrated in FIG. **5**, a partition member **30** may be included to ensure precise alignment of the unit cells **10** in a thickness direction when the unit cells **10** are stacked. As illustrated in FIG. **3**, the partition member **30** is disposed between the contact surfaces **13** of the unit cells **10** which come into contact with each other to guide and position the unit cells **10** so that the unit cells **10** can be precisely aligned when the unit cells **10** are stacked. The partition member **30** has a hole **32** in the center so that it may have a rectangular

**6**

frame shape having an outer frame **31**. The shape of the frame of the partition member may be changed according to the shape of the unit cell **10**. In addition, the partition member **30** and the adhesive pad **20** may be unified to be a single body. In this case, the adhesive pad **20** may be provided only within the hole **32** of the partition member **30**. That is, the adhesive pad **20** may be not provided in a portion where the frame **31** of the partition member **30** is formed so that the adhesive pad **20** may be in contact with the contact surfaces **13** of the stacked unit cells **10**. Since the adhesive pad **20** is used for the purpose of preventing a void or gap from being formed between the unit cells **10** when the unit cells **10** are stacked, it may be suitably made of a flexible material so that it can come into tight contact with the partition member **30** as well as the contact surfaces **13** of the unit cells **10**.

Although the present invention has been described in detail with reference to specific embodiments, those embodiments are provided only for illustrative purposes. Therefore, the secondary battery module of the present invention is not limited to those embodiments, but rather those skilled in the art will appreciate that various modifications, additions and substitutions are possible, without departing from the scope and spirit of the invention as disclosed in the accompanying claims.

Further, simple changes and modifications of the present invention are appreciated as included in the scope and spirit of the invention, and the protection scope of the present invention will be defined by the accompanying claims.

#### DESCRIPTION OF THE REFERENCE NUMERALS IN THE DRAWINGS

1: secondary battery module
10: unit cell
11: first electrode terminal
12: second electrode terminal
13: contact surface
20: adhesive pad
21: anti-bubble hole
30: partition member
31: frame
32: hole

The invention claimed is:

1. A secondary battery module comprising:
a first unit cell and a second unit cell, each unit cell having a contact surface;
a partition member disposed between the first and second unit cells, the partition member having a frame; and
an adhesive pad disposed only within the frame of the partition member so that the frame completely surrounds the adhesive pad;
wherein the adhesive pad is coextensive and in contact with the contact surface of the first and second unit cells.

2. The secondary battery according to claim **1** wherein the adhesive pad is made of an elastic material.

3. The secondary battery module according to claim **1**, wherein the shape of the partition member has a shape matching the shape of the unit cells.

4. The secondary battery module according to claim **1**, wherein the adhesive pad comprises at least one anti-bubble hole.

5. The secondary battery module according to claim **4**, wherein the at least one anti-bubble hole linearly extends inward by a predetermined length from an edge of the adhesive pad.

US 9,698,398 B2

7

8

**6**. A secondary battery module comprising:

unit cells stacked; and

an adhesive pad disposed between two consecutive unit cells in contact with contact surfaces of the stacked unit cells;

wherein the adhesive pad comprises a plurality of anti-bubble holes, and each anti-bubble hole linearly extends inward by a predetermined length from an edge of the adhesive pad.

**7**. The secondary battery module according to claim **6**, wherein the anti-bubble holes are distanced from each other in the contact surfaces of the unit cells.

**8**. The secondary battery module according to claim **6**, wherein at least one unit cell has a first electrode terminal that protrudes from one side thereof and a second electrode terminal that is distanced from the first electrode terminal and is formed at the same side from which the first electrode protrudes.

* * * * *