IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SK INNOVATION CO., LTD.<br><br>        Plaintiffs,<br>v.<br><br>LG CHEM, LTD., LG ENERGY SOLUTION, LTD., LG ENERGY SOLUTION MICHIGAN INC., and LG ELECRONICS INC.<br><br>        Defendants. | C.A. No. 19-1637-CFC |
| LG CHEM, LTD., LG ENERGY SOLUTION MICHIGAN INC.,<br><br>        Counterclaim Plaintiffs,<br>v.<br><br>SK INNOVATION CO., LTD.,<br><br>        Counterclaim Defendant. | |

## JOINT STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the terms of a separate agreement between the parties, Plaintiff-Counterclaim Defendant SK Innovation Co., Ltd., Defendants-Counterclaim Plaintiffs LG Chem Ltd. and LG Energy Solution Michigan, Inc., and Defendants LG Energy Solution, Ltd. and LG Electronics, Inc. submit this Joint Stipulation and Order of Dismissal in the above-entitled cause pursuant to the terms of the parties' agreement. All claims and counterclaims are dismissed with prejudice. Each party shall bear its own costs and expenses relating to this litigation.

Date: May 26, 2021

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

FISH & RICHARDSON P.C.

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com

*/s/ Robert M. Oakes*
Robert M. Oakes (No. 5217)
222 Delaware Ave., 17th Floor
Wilmington, DE 19801
(302) 652-5070 (Telephone)
oakes@fr.com

*Attorneys for Defendants*

*Attorneys for Plaintiff*

SO ORDERED this _____ day of _____, 2021

_____
UNITED STATES DISTRICT JUDGE

2